## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| JOHN DOE, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>     )<br>REGIONAL SCHOOL UNIT NO. 21, )<br>JILL LAMONTAGNE, JASON )<br>SULLIVAN, and BRUCE LEWIA, )<br>)<br>    Defendants. ) | Docket No. 2:19-cv-00341-NT |

### **CONSENTED-TO MOTION TO EXTEND ALL DEADLINES**

NOW COMES Plaintiff John Doe, with the consent of Defendants Regional School Unit No. 21, Jason Sullivan, and Bruce Lewia (collectively, the "School Defendants"), and Defendant Jill Lamontagne, and respectfully moves the Court to grant a two-week extension of the deadline to complete the settlement of this matter and cause to be filed a stipulation of dismissal, as well as all pending deadlines set out in the Order to Extend Pretrial Deadlines dated January 25, 2021 (ECF No. 52).

By way of background, the parties have advised the Court of a settlement in principle, and are in the process of formalizing that settlement through a written agreement. On July 7, 2020, the Court issued a Scheduling Order in this matter (ECF No. 40). On September 14, 2020, the Court granted a Joint Motion to Amend the Scheduling Order, thereby extending the deadlines set by the July 7, 2020, Order (ECF No. 47). On March 17, 2021, the Court ordered that counsel complete settlement within thirty days and cause to be filed a stipulation of dismissal of this matter with prejudice and without costs. (ECF No. 57). On April 13, 2021, the Court extended the time to complete settlement, upon consented-to motion, to April 30, 2021

(ECF No. 58). On April 30, 2021, the Court extended the time to complete settlement, upon consented-to motion, to May 14, 2021. (ECF No. 61).

The deadlines extended by the Court's Order of April 30, 2021 are now approaching. The parties do not wish to waive these deadlines, but require an additional three weeks to finalize settlement arrangements due to the complexity of the issues and number of parties involved. The parties have been diligently working to finalize settlement, and have exchanged drafts among themselves.

WHEREFORE, the Parties respectfully request that the Court (1) permit the parties an additional two weeks, until June 4, 2021, to complete settlement and cause to be filed a stipulation of dismissal, and (2) stay the deadlines extended by the Order of April 30, 2021.

DATED:  May 14, 2021                    /s/ Alfred J. Falzone, III
                                        Alfred J. Falzone III, Esq., Bar No. 6497
                                        Counsel for Plaintiff John Doe

EATON PEABODY
100 Middle Street
P.O. Box 15235
Portland, ME  04112-5235
(207) 274-5266
afalzone@eatonpeabody.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 14, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.


Dated:  May 14, 2021                                  /s/ Alfred J. Falzone, III
                                                                                 Alfred J. Falzone, III