# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JOHN DOE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) Docket No. 2:19-cv-00341-NT <br> REGIONAL SCHOOL UNIT NO. 21, ) <br> JILL LAMONTAGNE, JASON ) <br> SULLIVAN, and BRUCE LEWIA, ) <br> ) <br> Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby agree and stipulate to the dismissal of this action, with prejudice and without costs to any party.

                                                JOHN DOE

                                                By his attorneys,

DATED:  June 4, 2021                /s/ Seth W. Brewster
                                                Seth W. Brewster, Esq., Bar No. 3741
                                                Alfred J. Falzone III, Esq., Bar No. 6497
                                                Counsel for Plaintiff John Doe

EATON PEABODY
100 Middle Street
P.O. Box 15235
Portland, ME  04112-5235
(207) 274-5266
sbrewster@eatonpeabody.com
afalzone@eatonpeabody.com

                                                JILL LAMONTAGNE

                                                By her attorney,

DATED:  June 4, 2021                /s/ James M. Bowie

        James M. Bowie, Esq., Bar No. 185
        Counsel for Defendant Jill Lamontagne

THOMPSON BOWIE & HATCH LLC
415 Congress Street
P.O. Box 4630
Portland, ME  04112-4630
(207) 774-2500
jbowie@thompsonbowie.com


        REGIONAL SCHOOL UNIT No. 21, JASON
        SULLIVAN and BRUCE LEWIA

        By their attorneys,

DATED:  June 4, 2021        /s/ Stacy O. Stitham
        Stacy O. Stitham, Esq., Bar No. 10016
        Daniel A. Nuzzi, Esq., Bar No. 8349
        Counsel for Defendants Regional School Unit No.
        21, Jason Sullivan and Bruce Lewia

BRANN & ISAACSON
184 Main Street
P.O. Box 3070
Lewiston, ME  04243-3070
(207) 786-3566
sstitham@brannlaw.com
dnuzzi@brannlaw.com

-3-

**CERTIFICATE OF SERVICE**

On June 4, 2021, I filed the foregoing document using the CM/ECF system, which will send notification of such filing to the parties registered with the CM/ECF system.

Dated: June 4, 2021 /s/ Seth W. Brewster
Seth W. Brewster, Bar No. 3741